# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff-Appellee,** ) | |
| ) | |
| v. ) | No. 23-12208-D |
| ) | |
| **SAMMIE LEE SIAS,** ) | |
| ) | |
| **Defendant-Appellant.** ) | |

## DEFENDANT'S MOTION TO FILE THE CERTIFICATE OF INTERESTED PERSONS AND ELEVENTH CIRCUIT TRANSCRIPT FORM OUT OF TIME

Comes Now Sammie Lee Sias, by and through Jesse W. Owen, his counsel of record, and files this, his Request to File His Certificate of Interested Persons and Corporate Disclosure Statement and Eleventh Circuit Transcript Form out of Time as follows:

The Certificate of Interested Persons and Corporate Disclosure Statement were due on July 21, 2023. I addition to handling appointed cases in Federal Court the undersigned serves as a conflict counsel in the Superior Courts of Richmond, Burke and Columbia Counties. At the time the undersigned was busy with other matters and was not able to file the above listed documents prior to August 17, 2023.

Copies of the Certificate of Interested Persons and Corporate Disclosure Form and Eleventh Circuit Transcript Form are attached to this Motion as Exhibits One and Two.

WHEREFORE, based upon the foregoing, counsel for the Defense respectfully moves this Court to enter an Order to extend the time to file to file the Certificate of Interested Persons and Eleventh Circuit Transcript Information Form from July 21, 2023 until August 17, 2023.

This 17th day of August, 2023.

                Respectfully submitted,

                JESSE W. OWEN
                ATTORNEY FOR APPELLANT

                /s/ Jesse W. Owen
                Jesse W. Owen
                Attorney for Appellant
                Georgia Bar No. 556225
                *jowen@jesseowenlaw.com*

Jesse W. Owen, PC
3540 Wheeler Road, Suite 315
Augusta, Georgia 30909
Telephone Number: 706 426-3110

UNITED STATES v. SIAS, No. 23-12208-D

## **CERTIFICATE REGARDING MOTION PREPARATION**

Appellant's brief is composed using 14 point Time Roman font and is less than 13,000 words.

## CERTIFICATE OF SERVICE

This Motion to file the Certificate of Interested Persons and Corporate Disclosure Statement and Eleventh Circuit Transcript Form Out of Time was filed today through this Court's ECF system, and thereby served on appellee The United States of America's counsel of record, Patricia Green Rhodes and Tara M. Lyons, at their Court-registered e-mail address, pursuant to Fed. R. App. P. 25(c)(1)(C) and 25(c)(2), and 11th Cir. R. 25-3(a).

This 17th day of August 2023.

                                        Respectfully submitted,

                                        JESSE W. OWEN
                                        ATTORNEY FOR APPELLANT

                                        /s/ Jesse W. Owen
                                        Jesse W. Owen
                                        Attorney for Appellant
                                        Georgia Bar No. 556225
                                        *jowen@jesseowenlaw.com*

Jesse W. Owen, PC
3540 Wheeler Road, Suite 315
Augusta, Georgia 30909
Telephone Number: 706 426-3110

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff-Appellee,** ) | |
| ) | |
| v.                                              ) | **No. 23-12208-D** |
| ) | |
| **SAMMIE LEE SIAS,** ) | |
| ) | |
| **Defendant-Appellant.** ) | |

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Comes Now Sammie Lee Sias, by and through Jesse W. Owen, his counsel of record, and files his Certificate of Interested Persons and Corporate Disclosure Statement as follows:

    Crowder, Kenneth D., former Attorney for Appellant

    Epps, Hon. Brian K., United States Magistrate Judge

    Estes, David H., United States Attorney

    Hall, Hon. J. Randall, Chief United States District Judge

    Knoche, Karl Irving, Assistant United States Attorney

    Lyons, Tara, M., Assistant United States Attorney

UNITED STATES v. SIAS, No. 23-12208-D

Owen, Jesse Weatherspoon, Attorney for Appellant

Rhodes, Patricia Green, Assistant United States Attorney

Sias, Sammie, Lee, Defendant – Appellant

Steinberg, Jill E. Steinberg, United States Attorney

Stewart, David, Mitchell, former Attorney for Appellant

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

This 17th day of August, 2023.

> Respectfully submitted,
>
> JESSE W. OWEN
> ATTORNEY FOR APPELLANT
>
> /s/ Jesse W. Owen
> Jesse W. Owen
> Attorney for Appellant
> Georgia Bar No. 556225
> *jowen@jesseowenlaw.com*

Jesse W. Owen, PC
3540 Wheeler Road, Suite 315
Augusta, Georgia 30909
Telephone Number: 706 426-3110

## CERTIFICATE OF SERVICE

This certificate of interested persons and corporate disclosure statement was filed today through this Court's ECF system, and thereby served on appellee The United States of America's counsel of record, Patricia Green Rhodes and Tara M. Lyons, at their Court-registered e-mail address, pursuant to Fed. R. App. P. 25(c)(1)(C) and 25(c)(2), and 11th Cir. R. 25-3(a).

This 17th day of August 2023.

                                              Respectfully submitted,

                                              JESSE W. OWEN
                                              ATTORNEY FOR APPELLANT

                                              /s/ Jesse W. Owen
                                              Jesse W. Owen
                                              Attorney for Appellant
                                              Georgia Bar No. 556225
                                              *jowen@jesseowenlaw.com*

Jesse W. Owen, PC
3540 Wheeler Road, Suite 315
Augusta, Georgia 30909
Telephone Number: 706 426-3110

# ELEVENTH CIRCUIT TRANSCRIPT ORDER FORM
*Provide all required information and check the appropriate box(es)*

### PART I.                              Transcript Information

Within 14 days of the filing of the notice of appeal, the appellant must complete Part I and file this form with the District Court Clerk and the Court of Appeals Clerk <u>for all cases</u>. 11th Cir. R. 10-1.

**Case Information:**

Short Case Style: USA _____ vs Sias _____
District Court No.: 1:21-cr-00048-JRH-BKE    Date Notice of Appeal Filed: 06/30/2023
Court of Appeals No. (if available): _____

**Transcript Order Information:**

☐ No hearing   ☐ No transcript is required for appeal purposes   ☐ All necessary transcript(s) already on file
☑ I am ordering a transcript of the following proceedings:

HEARING DATE(S)  /  JUDGE/MAGISTRATE  /  COURT REPORTER NAME(S)

☐ Pre-Trial Proceedings _____
☐ Trial _____
☑ Sentence  June 20, 2023, Judge J. Randal Hall, _____
☐ Plea _____
☐ Other _____

**Criminal Appeals:**
In a criminal appeal, if the appellant pleaded guilty and intends to raise an issue regarding the guilty plea, the record must include a transcript of the guilty plea colloquy, and if the appellant intends to raise an issue regarding the sentence, the record must include a transcript of the sentencing hearing. *If such transcripts are not ordered, you must check the appropriate box(es) below:*

Transcript of Guilty Plea Colloquy
☐ A transcript of the guilty plea colloquy is already on file.
☐ A transcript of a guilty plea colloquy is not being ordered and is not already on file, and I certify that no issue regarding a guilty plea will be raised in a merits brief in this appeal.

Transcript of Sentencing Hearing
☐ A transcript of the sentencing hearing is already on file.
☐ A transcript of the sentencing hearing is not being ordered and is not already on file, and I certify that no issue regarding sentencing will be raised in a merits brief in this appeal.

**Note: Counsel who seek leave to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), must ensure the record contains transcripts of all relevant proceedings. *See* 11th Cir. R. 27-1(a)(8).**

**Financial Arrangements:**

☐ I certify that I have made satisfactory arrangements with the Court Reporter(s) for paying the cost of the transcript(s).

☑ Criminal Justice Act: My completed AUTH-24 for government payment of transcripts has been uploaded in eVoucher and is ready for submission to the magistrate judge or district judge [if appointed by the district court] or to the circuit judge [if ordered by or appointed by the circuit court]. [A transcript of the following proceedings will be provided *only if specifically authorized* in Item 13 on the AUTH-24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: Jesse W. Owen

Address: 3540 Wheeler Road, Suite 315, Augusta, Georgia 30909

E-mail: jowen@jesseowenlaw.com          Phone No.: 7064263110

**I certify that I have completed and filed Part I with the District Court Clerk and the Court of Appeals Clerk, served all parties, AND sent a copy to the appropriate Court Reporter(s) if ordering a transcript. 11th Cir. R. 10-1.**

Date: 08/17/2023     Signature: Jesse W. Owen     Attorney for: Defendant

## PART II.          Court Reporter Acknowledgment

*Within 14 days of receipt, the Court Reporter must complete this section, file this form with the District Court Clerk, and send a copy to the Court of Appeals Clerk and all parties. The transcript must be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were made unless the Court Reporter obtains an extension of time to file the transcript.*

Date Transcript Order received: _____

☐ Satisfactory arrangements for paying the cost of the transcript were made on: _____

☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: _____

Estimated no. of transcript pages: _____

Estimated filing date: _____

Date: _____    Signature: _____    Phone No.: _____

## PART III.          Notification That Transcript Has Been Filed In District Court

*On the date the transcript is filed in the district court, the Court Reporter must complete this section, file this form with the District Court Clerk, and send a copy to the Court of Appeals Clerk.*

I certify that the transcript has been completed and filed with the district court on (date): _____

Date: _____    Signature: _____